IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL GUNDERSON,<br><br>Defendant. | CR 21-44-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion to Continue Sentencing (Doc. 56), and good cause being shown,

IT IS HEREBY ORDERED that sentencing currently scheduled for April 20, 2022 at 2:30 p.m., is **VACATED** and **RESET** to commence **Thursday, June 2, 2022 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

IT IS FURTHER ORDERED that,

1. Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **May 19, 2022.** Absent good cause shown, sentencing memoranda and supporting documents filed after May 19, 2022 will not be considered in addressing sentencing issues. Failure to timely file

1

sentencing memoranda may result in imposition of sanctions against counsel.

2. Responses to sentencing memoranda shall be filed on or before **May 26, 2022. A party is not permitted to file a response unless the party has filed an opening sentencing memorandum.**

3. Reply briefs will not be accepted for filing in sentencing matters.

4. The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

5. All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 13th day of April, 2022.

SUSAN P. WATTERS
United States District Judge

2