AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Montana

United States of America
v.
JAMES MICHAEL GUNDERSON

Case No: CR 21-44-BLG-SPW
USM No: 06444-046

Date of Original Judgment: 09/08/2022
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Murdoch Walker
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __86__ months **is reduced to** __77__.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __09/08/2022__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 2-8-2024

*/s/ Susan P. Watters*
*Judge's signature*

Effective Date: 2-18-2024
*(if different from order date)*

Susan P. Watters, U.S. District Judge
*Printed name and title*